PHILLIP A. TALBERT
Acting United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-PO-00071-CKD |
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| KIM DIERO, | DATE: July 14, 2016 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss case number 2:16-cr-00071-CKD without prejudice is GRANTED. The trial date currently set for July 14, 2016 is VACATED.

IT IS SO ORDERED.

Dated: July 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1